RECEIVED

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

_____ Division

NOV 07 2024

US DISTRICT COURT
MID DIST TENN

Braze R. Rucker

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Putnam county sheriffs office
Circuit Court of Putnam county
Lt. Jeremy Nash & Jennifer Wilkerson.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Braze Roland Rucker
All other names by which you have been known:
ID Number: 138283
Current Institution: Putnam County Sherriffs office
Address: 421 EAST Spring St.
Cookeville, TN 38501
City / State / Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jeremy Nash
Job or Title (if known): Lt.
Shield Number: unknown
Employer: Putnam County Sherriffs office
Address: 421 EAST Spring St.
Cookeville, TN 38501
City / State / Zip Code
☑ Individual capacity ☑ Official capacity

Defendant No. 2
Name: Jennifer Wilkerson
Job or Title (if known): Judge/clerk/Judicial commissioner
Shield Number: Unknown
Employer: Courts of Putnam County
Address: 421 east Spring St.
Cookeville, TN 38501
City / State / Zip Code
☑ Individual capacity ☑ Official capacity

Defendant No. 3
  Name: Putnam County Sheriffs office (employees)
  Job or Title (if known): Goverment agency
  Shield Number:
  Employer: People of Putnam County
  Address: 421 east Spring St.
  City: Cookeville   State: Tn   Zip Code: 38501
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: Circuit Court of Putnam County (employees)
  Job or Title (if known): Goverment agency
  Shield Number:
  Employer: People of Putnam County
  Address: 421 east Spring St.
  City: Cookeville   State: Tn   Zip Code: 38501
  [✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Constitution. Ammendment. VIII "Excessive Bail Clause" & "Cruel & unusual Punishment"

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Jeremy Nash acted as senior officer in signing the arrest warrant with bail set at 1,000,000 dollars. Jennifer Wilkerson acted as Judge/clerk. Judicial commissioner stamping the affidavit

All defendants signed an arrest warrant accompanied with a Affidavit of complaint that set a excessive bail of $1,000,000 for the charge of Facilitation of a Felony

III. **Prisoner Status** All under the employment of the Putnam County court and sherriffs office.

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
- Lt. Jeremy Nash signed an affidavit accompanied with a arrest warrant on July, 22 2024 in General Sessions court with a Excessive bail of $1,000,000 in Putnam County.
- Jennifer Wilkerson signed an affidavit accompanied with a arrest warrant on July 19, 2024 in General Sessions court with a Excessive bail of $1,000,000, in Putnam County.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 22, 2024, I was held in a blindfolded holding cell for two days so I don't know what time exactly.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was apprehended in Kentucky state for a fugitive warrant in Tennessee on July 21, 2024. On July 22, 2024 I signed a waiver of extradition and promptly brought to the Putnam county jail. I did not see a magistrate or anybody in concerns of bail. On October 10, 2024 I recieved a copy of the arrest warrant and affidavit that stated bail was set at $1,000,000 and it was signed by Lt. Jeremy Nash and stamped by Jennifer Wilkerson, status unknown.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Severe depression and anxiety, stress, weight loss, heart pains, I recieved therapy a few times and applied double portions. Nothing for the heart pain though except threats.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want to be released on personal recognizance pending trial, or set to a reasonable ammount of $75,000 for bail, with any provisions or proposed conditions deemed fit by the courts to set upon pretrial release that pleases them. I would ask for money damages in the ammount of 50,000 dollars. An estimated 33,105 dollars for the actual financial troubles and burdens; not being able to post this excessive bail has put me and my family in, and an additional 16,095 dollars for the mental stress and physical straints caused by it as well as the horrible living conditions and the way I've been mistreated, described within my constitutional rights.

The plaintiff Braze Rucker is a pre-trial detainee at Putnam County Sherriffs Office, Cookeville TN. On July 19, 2024 a arrest warrant for Criminal Responsibility for a Facilitation of a Felony with an excessive bail ammount of $1,000,000 signed by Lt. Jeremy Nash and Judicial commisioner Jennifer Wilkerson was executed on July 22, 2024, per plaintiffs waiver of extradition in the state of Kentucky. $1,000,000 bail set for a Criminal Responsibility for a Facilitation of a Felony is excessive, considering no past for a flight risk, Failure to Appears, etc., and is a violation of my eighth Ammendment rights to a bail that is not excessive. All staff of the sheriffs office as well as some court staff of putnam county deliberatly prevented me

From adressing these issues to the courts. THEY HAVE HARRASSED ME AND PUNISHED ME FOR THE CRIME THAT I AM ACCUSED OF SINCE DAY ONE AND I HAVE PROOF AND WITNESSES. MR. Rucker seeks relief either to be pre-trial released on his own recognizance or granted a Bail reduction to a reasonable ammount that is not excessive before his arraignment hearing January 23, 2024. MR. Rucker also seeks damages for the financial délema the abuse of his constitutional right put him and his family in as well as for the cruel treatment and mental/physical stress that the putnam county justice system has put him through.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes    Pro se Bail reduce motion
              didn't get chance at initial appearance rushed out court.
☐ No     Asked for reduce at preliminary hearing.
              wasn't able to voice complaint in booking.

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Putnam County Jail (sherriffs office) 421 E Spring St.
                                                      Cookeville Tn, 38501

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☑ Do not know

If yes, which claim(s)? Mostly constitutional claims of the 8th ammendment cruel and unusual punishment, but the facility shut down the grievance system, which prevented me to further filing greivance's with the courts or sherriff office about bail. I wrote the courts and filed a "pro se" Reduce of bail motion, though. and none of my grievances of my treatment here have been responded to.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? Only one grievance I couldn't file because a seargant and several C.O.'s stole my grievance from me on majors orders that I wasn't allowed things in my cell. This happend July 22, 2024 it's on camera

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

N/A

E. If you did file a grievance:

1. Where did you file the grievance? On the tablet and kiosk provided in the pod. I was denied a greivance my first 3 days in custody though. Logged in grievance system as Braze Rucker #138283 Then after September 25th I'm not allowed anymore grievances and none have been responded to.
Asked for paper grievance, but I am refused.

2. What did you claim in your grievance?

Discrimination, cruel and unusual punishment, harrasment

3. What was the result, if any? I've been ignored, everyone who expirences the same has been ignored or tased or maced and beat for their trouble and probably recieved new charges.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed grievances until they shut down my ability to file any. I sent request submissions asking for response, they shut that down to. I asked for titles and names I was told to go through my attorney. They have no appeal process, they don't even answer grievances.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   By the time I was done greiving about my treatment, they wouldn't let me file anymore, so none about excessive bond.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I informed different C.O.'s on different shift, they said they'll see. Then never hear from them again. I ask for a seargant they deny me.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. They just dont respect the grievance process here amongs many other things, all you have to do, come and see. As far as the courts they think Im crazy when I write letters and file motions concerning my bail, no one is listning.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NEVER FILED A CASE BEFORE.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☐ No       N/A

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   no never!

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 30, 2024

Signature of Plaintiff: Brazc Rucker
Printed Name of Plaintiff: Braze Rucker
Prison Identification #: 138283
Prison Address: 421 East Spring St.
Cookeville, TN 38501

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

# Putnam County Jail Acct Info

Since being at Cookeville Putnam County Jail on July 22, 2024 This is my Account Information per Electronically Recorded Information, Due to the fact the staff here is offering absolutely no cooperation in my request for the information you're asked for.

Putnam Co. Jail Income - Acct Info

Deposit
- July 26, 2024 — $50.00
- July 31, 2024 — $75.00
- Aug 24, 2024 — $60.00
- Sept 13, 2024 — $100.00
- Sept 27, 2024 — $21.00
- Oct. 1, 2024 — $100.00
- Oct. 18, 2024 — $21.25
- Oct. 23, 2024 — $275.00
- Oct. 24, 2024 — $21.25

This is the extent of my prisoner institutional Trust Fund acct. at Putnam County Jail, in Cookeville TN 38501. The staff here wont print out our trust funds they say we must go through our lawyer but Im filing this suit pro se, they still wont help.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CERTIFICATE OF PRISONER
INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY
(to be signed by custodian of account)

Prisoner-Plaintiff/Petitioner/Appellant
Name and Number

Braze Rucker #138283 N-31
Putnam County Jail N Pod/31
421 E Spring St. Cookeville TN,
38501

Defendant/Respondent/Appellee
Name(s) 1. Lt. Jeremy Nash (Putnam Co. S.O.
2. Jennifer Wilkerson Clerk/commisioner
3. Putnam County S.O.
4. Circuit Courts of Putnam county

I am employed by the correctional facility/prison/jail identified below, at which the prisoner identified above is currently incarcerated.

Attached is an account statement that accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated less than six months, for the period of incarceration.

This statement reflects, for the reported period, an average monthly <u>deposit</u> (i.e. total of all deposits divided by number of months) of $_____, and an average monthly <u>balance</u> (i.e. total deposits less total withdrawals divided by the number of months) of $_____.

There is a current spendable account balance of $_____.

Date: October 30, 2024     N/A
                           Signature of Custodian

Putnam County S.O.
Name of Incarcerating Institution

See attached correspondence and figures from the electronically recorded information (Tablet) I've just copied it in my writing because I cannot get any cooperation from staff here at Putnam County Jail at all. They deny my any cooperation even when I show them these forms.

Broze R. Rucker #138283
Putnam Co. Jail
4506 Mariena St.
Bossier City LA, 71111



UNITED STATES DISTRICT COURT
For THE MIDDLE DISTRICT OF TENNESSEE
719 CHURCH ST, Ste 1300
NASHVILLE TN, 37203

RECEIVED
NOV 07 2024
US DISTRICT COURT
MID DIST TENN

CONFIDENTIAL LEGAL MAIL